|105　849|
|107　795|

---

BARNETT *v.* NEW SOUTH BUILDING AND LOAN ASSOCIATION.

LITTLE, J. When a bill of exceptions brought to this court complains
of a portion of a decree rendered by the superior court in a com-
plicated case having a voluminous record and involving many is-
sues, and when the parts of the record specified and brought here
are not only insufficient to a clear understanding of the error al-
leged, but do not indicate the portions not specified but which are
essential to a proper decision of the question sought to be pre-
sented, this court will not direct the clerk below to· send up addi-
tional portions of the record. In other words, a "fishing" order for
more of the record will not be granted. Under such circumstances,
this court will endeavor to deal with the case upon the portions of
the record actually brought up; and if the bill of exceptions, when
considered in connection therewith, "presents the points to be adju-
dicated by this court in such a confused, vague, and uncertain man-
ner that the same can not be clearly understood or intelligently
passed upon," the judgment below will be affirmed. See *Bush* v.
*Brantley,* 99 *Ga.* 81.

　　　　　*Judgment affirmed. All the Justices concurring.*

　　　　Argued December 20, 1898. —Decided March 4, 1899.

*Samuel Barnett,* for plaintiff in error.
*Ulysses Lewis* and *John L. Hopkins & Sons,* contra.